**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00911-REB-MJW

RICHARD A. VOSS,
CYBIL VOSS, and
PINNACOL ASSURANCE,

    Plaintiffs,

v.

AMI MECHANICAL SYSTEMS, INC., a Colorado corporation,
ST. ANDREWS CONSTRUCTION SERVICES CORP., f/k/a ST. ANDREWS ELECTRIC CORP, a Colorado corporation,
TORIX GENERAL CONTRACTORS, LLC, a Colorado limited liability company,
PIKES PEAK STEEL LIMITED LIABILITY COMPANY,
COOPER B-LINE, INC., a Colorado corporation,
UNITED STATES OF AMERICA, and
JANE AND JOHN DOES AND ENTITIES X, Y AND Z,

    Defendants.

---

**ORDER DISMISSING DEFENDANTS ST. ANDREWS CONSTRUCTION CORP.
AND TORIX GENERAL CONTRACTORS, LLC.**

---

**Blackburn, J.**

    The matter before me is the **Notice of Dismissal of Claims Against St. Andrews Construction Corp. and Torix General Contractors, LLC** [#10] filed April 29, 2009.  After careful review of the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendants, St. Andrews Construction Corp., and Torix General Contractors, LLC., should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal of Claims Against St. Andrews Construction Corp. and Torix General Contractors, LLC** [#10] filed April 29, 2009, is **APPROVED**;

2. That plaintiffs' claims against defendants, St. Andrews Construction Corp., and Torix General Contractors, LLC., are **DISMISSED**;

3. That defendants, St. Andrews Construction Corp., and Torix General Contractors, LLC., are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated May 4, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge