**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00911-REB-BNB

RICHARD A. VOSS,
CYBIL VOSS, and
PINNACOL ASSURANCE,

 Plaintiffs,

v.

AMI MECHANICAL SYSTEMS, INC., a Colorado corporation,
PIKES PEAK STEEL LIMITED LIABILITY COMPANY, a Colorado limited liability company,
COOPER B-LINE, INC., a Colorado corporation,
UNITED STATES OF AMERICA, and
JANE AND JOHN DOES AND ENTITIES X, Y AND Z,

 Defendants.

---

**AMENDED
ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

 This matter comes before the Court, *sua sponte*.

 **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A)-(C), Fed. R. Civ. P. 72 and D.C.COLO.LCivR 72.1C, the United States Magistrate is designated to conduct proceedings in this civil action as follows:

- (X) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X) Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (X) Hear and determine pretrial matters, as referred.

- (X) Conduct a pretrial conference and enter a pretrial order.

**IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply with the undersigned judge's requirements at www.cod.uscourts.gov.**

Dated May 5, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge