**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00911-REB-BNB

RICHARD A. VOSS,
CYBIL VOSS, and
PINNACOL ASSURANCE,

    Plaintiffs,

v.

AMI MECHANICAL SYSTEMS, INC., a Colorado corporation,
PIKES PEAK STEEL LIMITED LIABILITY COMPANY, a Colorado limited liability company,
COOPER B-LINE, INC., a Colorado corporation,
UNITED STATES OF AMERICA, and
JANE AND JOHN DOES AND ENTITIES X, Y AND Z,

    Defendants.

## ORDER DISMISSING DEFENDANT PIKES PEAK STEEL, LLC

**Blackburn, J.**

The matter before me is the **Stipulated Dismissal of Pikes Peak Steel, LLC** [#24] filed May 8, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, Pikes Peak Steel, LLC should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal of Pikes Peak Steel, LLC** [#24] filed May 8, 2009, is **APPROVED**;

2. That plaintiffs' claims against defendant, Pikes Peak Steel, LLC, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant, Pikes Peak Steel, LLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 11, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge