IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00911-REB-BNB

RICHARD A. VOSS,
CYBIL VOSS, and
PINNACOL ASSURANCE,

Plaintiffs,

v.

AMI MECHANICAL SYSTEMS, INC., a Colorado corporation,
COOPER B-LINE, INC., a Colorado corporation,
UNITED STATE OF AMERICA, and
JANE AND JOHN DOES AND ENTITIES X, Y, and Z,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant AMI Mechanical, Inc.'s Unopposed Motion for Leave to File Nonparty Designation** [docket no. 18, filed May 4, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and defendant AMI has to and including **June 12, 2009,** in which to file its nonparty designation.

DATED:  May 12, 2009