IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00911-REB-BNB

RICHARD A. VOSS,
CYBIL VOSS, and
PINNACOL ASSURANCE,

Plaintiffs,

v.

AMI MECHANICAL SYSTEMS, INC., a Colorado corporation,
COOPER B-LINE, INC., a Colorado corporation,
UNITED STATE OF AMERICA, and
JANE AND JOHN DOES AND ENTITIES X, Y, and Z,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendant Cooper B-Line, Inc.'s Uopposed Motion for Leave to File Nonparty Designations** [Doc. # 38, filed 6/12/2009] (the "Motion"). The Motion is GRANTED in part.

Cooper B-Line requests an extension of time of 60 days after the scheduling conference within which to make its designation of non-parties at fault. If granted in full, Cooper B-Line's non-party designations would be due on October 3, 2009. Allowing the full extension could result in the joinder of parties so late in the case as to jeopardize the schedule mandated by the district judge, which includes his instruction that "[w]henever practicable, the case shall be set for trial within twelve (12) to fourteen (14) months from the filing of the complaint." REB Practice Standards: Civil Actions at Part IV.B.1.

Cooper B-Line reports that it first learned of this action when it was served with the

complaint on March 23, 2009.  The non-party at fault statute requires the designations to be made 90 days following the commencement of an action, unless a longer period is necessary.  Section 13-21-111.5, C.R.S.  I will grant Cooper B-Line a reasonable extension within which to conduct an investigation to determine what non-parties, if any, should be designated.  Under the facts presented here, an extension to and including July 23, 2009, is reasonable.

IT IS ORDERED that the Motion is GRANTED in part, and defendant Cooper B-Line may have to and including **July 23, 2009**, within which to designate non-parties at fault.

Dated June 15, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge