**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00911-REB-BNB

RICHARD A. VOSS,
CYBIL VOSS, and
PINNACOL ASSURANCE,

    Plaintiffs,

v.

AMI MECHANICAL SYSTEMS, INC., a Colorado corporation,
COOPER B-LINE, INC., a Colorado corporation, and
JANE AND JOHN DOES AND ENTITIES X, Y AND Z,

    Defendants.

## ORDER DISMISSING DEFENDANT UNITED STATES OF AMERICA

**Blackburn, J.**

The matter before me is the **Stipulation To United States' Motion To Dismiss** [#41] filed June 15, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved, that defendant **United States' Motion To Dismiss** [#30] filed May 26, 2009, should be granted and that plaintiffs' claims against defendant United States of America should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To United States' Motion To Dismiss** [#41] filed June 15, 2009, is **APPROVED**;

2. That defendant **United States' Motion To Dismiss** [#30] filed May 26, 2009, is **GRANTED**;

     3.  That plaintiffs' claims against defendant United States of America is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

     3.  That defendant United States of America is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

     Dated June 16, 2009, at Denver, Colorado.

                                     BY THE COURT:

                                     */s/ Robert E. Blackburn*
                                     Robert E. Blackburn
                                     United States District Judge