**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00911-REB-BNB

RICHARD A. VOSS,
CYBIL VOSS, and
PINNACOL ASSURANCE,

    Plaintiffs,

v.

AMI MECHANICAL SYSTEMS, INC., a Colorado corporation,
COOPER B-LINE, INC., a Colorado corporation, and
JANE AND JOHN DOES AND ENTITIES X, Y AND Z,

    Defendants.

## ORDER OF REMAND TO STATE COURT

**Blackburn, J.**

    The matter before me is plaintiff's **Unopposed Motion To Remand To State Court** [#50] filed July 10, 2009. After careful review of the stipulation and the file, I conclude that the motion should be granted and that this action should be remanded to the District Court of Boulder, County, Colorado.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion To Remand To State Court** [#50] filed July 10, 2009, is **GRANTED**; and

    2. That this action is **REMANDED** to the District Court of Boulder, County, Colorado (where it was filed as Civil Action No. 08CV768).

    Dated July 10, 2009, at Denver, Colorado.

                                      BY THE COURT:

                                      *Bob Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge